IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| IN RE: | |
| ERIC ANTWI BOATEY AND AKOSUA OWUSUAA | RELATED NO. 10-43034-RTL |
| DEBTORS, | CHAPTER 7 |
| ERIC ANTWI BOATEY AND AKOSUA OWUSUAA | ADVERSARY NO. 11-02070-RTL |
| PLAINTIFFS, | |
| V. | |
| EDUCATION COMPUTER SYSTEMS, INC., GREAT LAKES, SALLIE MAE, ACS, and NATIONAL COLLEGIATE TRUST | NATIONAL COLLEGIATE TRUST'S LIST OF WITNESSES AND EXHIBITS |
| DEFENDANTS | |

Comes now NATIONAL COLLEGIATE TRUST (hereinafter "NCT") by and through counsel, Karina Velter, Esquire, and hereby submits the following list of Witnesses and Exhibits:

### NATIONAL COLLEGIATE TRUST'S LIST OF WITNESSES

1. Eric Antwi-Boatey
2. Akosua Owusuaa
3. Any witness called by any other party

### NATIONAL COLLEGIATE TRUST'S LIST OF EXHIBITS

1. NCT-1. Note Disclosure Statement and Non-Negotiable Credit Agreement for Loan No. XXXX5985,

2. NCT-2. Note Disclosure Statement and Non-Negotiable Credit Agreement for Loan No. XXXX1965.

3. NCT-3.  Note Disclosure Statement and Non-Negotiable Credit Agreement for Loan No. XXXX7252.

4. NCT-4.  Account Summary Electronic Records for loans XXXX5985, XXXX1965, XXXX7252.

5. NCT-5.  Plaintiff's Responses to NCT's Request for Admissions

6. NCT-6.  Plaintiff's Responses to NCT's First Set of Interrogatories directed at Plaintiff.

7. NCT-7.  Affidavit of Records of Matthew Coletti, Associate Counsel for First Marblehead Education Resources, Inc. ("FMER").

                        WELTMAN, WEINBERG & REIS, Co., LPA

By:    *Karina Velter, Esquire*
       Karina Velter, Esquire
       Attorney ID No. 94781
       Attorney for Defendant, National Collegiate Trust
       325 Chestnut Street, Suite 501
       Philadelphia, PA 19106
       Tel. No. (267) 940-1671
       Fax No. (215) 599-1500