UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on 04/04/2012 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re: ERIC ANTWI BOATEY and AKOSUA OWUSUAA, Debtors.

ERIC ANTWI BOATEY and AKOSUA OWUSUAA,
                          Plaintiffs,

v.

EDUCATIONAL COMPUTER SYSTEM, INC., GREAT LAKES, SALLIE MAE, ACS, NATIONAL COLLEGIATE TRUST, EDUCATIONAL CREDIT MANAGEMENT CORPORATION,
                          Defendants.

Case No.: 10-43034 RTL

Adversary No: 11-2070 RTL

Hearing date: April 4, 2012

Judge: Hon. Raymond T. Lyons, U.S.B.J.

**ORDER FOR JUDGMENT IN FAVOR OF DEFENDANTS**

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: 04/04/2012**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Debtors:   Eric Antwi Boatey and Akosua Owusuaa

Case No:   10-43034   RTL

Adversary No:   11-2070 RTL

Caption of Order:   Order for Judgment In Favor of Defendants

---

The following order is hereby entered:

This matter having come before the court for trial on April 3, 2012; in the presence of Eric Antwi Boatey, Plaintiff Pro Se; Stern & Eisenberg, LLP, (Steven K. Eisenberg, Esq., appearing on behalf of Sallie Mae); Weltman Weinberg (Karina Velter, Esq., appearing on behalf of National Collegiate Trust); and Cole, Schotz, Meisel, Forman & Leonard (Kenneth L. Baum, Esq., appearing on behalf of Educational Credit Management Corporation); and the court having considered the evidence presented;

**AND IT APPEARING** that Plaintiffs were seeking a determination of non-dischargeability under 11 U.S.C. § 523(a)(8);

**IT IS ORDERED** that judgment is entered in favor of Defendants finding no cause of action.   The student loan debts are non-dischargeable.

*Approved by Judge Raymond T. Lyons  April  04, 2012*